# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE L. FLORES,<br><br>               Plaintiff,<br><br>  v.<br><br>AMBER VANG, et al.,<br><br>               Defendants. | Case No. 5:24-cv-01347-MWC-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has expired, and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

      IT THEREFORE IS ORDERED that the Third Amended Complaint and entire action is dismissed with prejudice.

DATED: December 19, 2025

                                           HON. MICHELLE WILLIAMS COURT
                                           UNITED STATES DISTRICT JUDGE