JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE L. FLORES, | Case No. 5:24-cv-01347-MWC-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMBER VANG, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and entire action are dismissed with prejudice.

DATED: December 19, 2025

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE